Submitted on record and briefs June 4, affirmed November 13, 2002, petition for review denied January 22, 2003 (335 Or 180)

DANIEL A. ATWOOD,
*Appellant,*

*v.*

Stan CZERNIAK,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

01C-14592; A116755

57 P3d 952

Melinda M. Buel filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).